**FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

(1) Gartor Kiki Brown
(Name of Plaintiff)    (Inmate Number)

1100 Pike St Huntingdon PA 16654
(Address)

(2) _____
(Name of Plaintiff)    (Inmate Number)

_____
(Address)

(Each named party must be numbered,
and all names must be printed or typed)

vs.

(1) Paula Price, PA. King
(2) PA. Danzell, Dr. Kollman
(3) Nurse Trke, Nurse Nikie Emigh
(Names of Defendants)

(Each named party must be numbered,
and all names must be printed or typed)

3:19cv79
(Case Number)

CIVIL COMPLAINT

FILED
SCRANTON

JAN 14 2019

PER_____
DEPUTY CLERK

TO BE FILED UNDER: ☒ 42 U.S.C. § 1983 - STATE OFFICIALS
                   ☒ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

## I. PREVIOUS LAWSUITS

A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

N/A

1

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ✓ Yes ___ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ✓ Yes ___ No

C. If your answer to "B" is Yes:

1. What steps did you take? Initial Review response was upheld in part & deny in part but at the same time out right denied which was obfuscating. Facility manager upheld response, & grievance was send to the Bureau of health services in which was denied

2. What was the result? _____

D. If your answer to "B" is No, explain why not: _____

## III. DEFENDANTS   Nurse Emogh, unknew

(1) Name of first defendant: Paula Price, Doctor Kollman
Employed as Healthcare Administrator & Doctor at SCI Huntingdon
Mailing address: 1100 Pike St. Huntingdon PA 16654

(2) Name of second defendant: Nurse Trice & P.A. Danzell
Employed as A nurse & A Physician Assistant SCI Huntingdon
Mailing address: 1100 Pike st. Huntingdon PA 16654

(3) Name of third defendant: P.A. Kim Y
Employed as P.A. at SCI Huntingdon
Mailing address: 1100 Pike st. Huntingdon PA 16654

(List any additional defendants, their employment, and addresses on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1. See Two Page Attachment

2

2. _____

3. _____

## V. RELIEF

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. See Two Page Attachment

2. _____

3. _____

1) Plaintiff is suing all defendants under their one medical statute 93.12 or Provision amended under Section 3(b) of the Prison Medical Services Act (61 P.S. §1013(b) Brown is claiming defendants actions were contradicting 93.12 Prison Medical Services Program. Plaintiff is bringing Eighth Amendment claims under cruel and unusual punishment against Nurse Nikie Emigh, Nurse Trice, P.A. Danzell, P.A. King, Paula Price, and Doctor Kollman; in which these defendants were deliberate indifference to his serious medical needs. Plaintiff is also bringing "Substantial due Process claims under the Fourteenth Amendment" against all defendants for deprivation of medical treatment. Plaintiff also brings state law claims of "Negligence" and "Intentional Infliction of Emotional Distress" against all defendants.

Brown is seeking $150,000 each defendant in compensatory damages. $125,000 in punitive damages. Grant such other relief as it may appear that Plaintiff is entitled to. Plaintiff is suing all defendants in their official and individual capacity. This court has jurisdiction over Plaintiff's federal claims under 42 U.S.C. 1231(1) and 1343. This court has supplemental jurisdiction over Plaintiff's state laws claims under 28 U.S.C. 1367.

Although Nurse Nikie Emigh no longer works at SCI Huntingdon, during the time of Brown's claims she was employed at SCI Huntingdon. Nurse Trice currently works at SCI Huntingdon and was working at SCI Huntingdon during the time of Brown's claims. P.A. Danzal who was adressed in Brown's grievance as P.A. Erice currently works at SCI Huntingdon and was working at SCI Huntingdon during the constitutional violation in which Brown is claiming. Brown is unaware if P.A. King stills work at SCI Huntingdon; P.A. King was employed at SCI Huntingdon during the time of Brown's claims. Paula Price is currently the Health care Administrator at SCI Huntingdon and was the administrator during the time of Brown's claims. Dr. Kollman is a doctor that works at SCI Huntingdon.

Plaintiff Gartor "Kiki" Brown is currently incarcerated at SCI Huntingdon; and was incarcerated at SCI Huntingdon in which he was Housed on the RHU on G-Unit A-block and C-block during the time of the events described. Around 2/13/18, in the middle of the night Brown meet with Nurse Trice in a dark room in the RHU. Plaintiff asserted to this nurse that officials had been depriving him of sick calls and he was a victim of multiple sexual assaults and assaults at the hand of his cellmate Allen. Plaintiff told Nurse Trice in details what had happened. She would state "O your the guy that was also rape at Camp Hill". Brown would predicate he was in excruciating pain and his symptoms was as such. Bruses in and around the anal, neuralgia pain through out his body, inflammation of the ankle and knee, swelling around the nose in which made it hard to breath, Chronic back and neck pain, Sciatic pain in hip and thigh, Abdominal pain, also hit bomb on his head and numbness along the left side of his head, Pain in and around his ribbs running through his side, intence Groin pain, Abrasion on the eye also causing double vision. Trice, did not evaluate brown and told him he would be seen tho next day being that it was so late.

The next day Brown was called to a cage in which he meet with Nurse Nikie Emigh. Plaintiff told nurse Nikie in detail what had happened to him in which he remember she was the first nurse he had incounter when he came from Camp Hill in which she had fail to log any of his injuries months prior. Plaintiff told Emigh he was in excruciating pain and that Nurse Trice had done nothing for him. He told Emigh the same symptoms as he asserted to Nurse Emigh. Nurse Emigh would only take picture failing to evaluate Brown, telling him he will need a court order to see a specialist or get any treatment. She also told Brown she was told by Mis Price to only take pictures and being that Brown had alot of law suits they did not want to get envole.

After failing out multiple sick calls, Brown would meet with P.A. Danzell through his cell door and PA King. Brown was shaking up and reluctant to tell both defendants his symtoms through the door because he was subject to serious harassment from other inmates, in which they would beat on his wall call him a fagit and threating plaintiff with harm for telling. Plaintiff would tell both P.A. King and Danzell his on going symtoms through the door. Again these officials would tell Brown there was nothing they could do for him and that they would have to talk to Price. Brown would not even see these medical officials looking out his symtoms. Both official fail to evaluate Brown.

2) Brown would later meet with King, Kollman and Price telling each defendant individually his symptoms was worsening, asserting that his groin pain, and sciatic pain in his hip and thigh made it hard to walk. He also predicated that he was bleeding from the anal, at no time did Brown refuse a "stickman" even though at a later viewing of his medical records shows that P.A. King logged him refusing. Plaintiff told all three defendants that the numbness on the left side of his head would not go away, at no time did these defendants take the time to evaluate Brown or treat his head injuries or other injuries. Plaintiff would also predicate that his chronic back and neck pain was causing him sleepless nights forcing him to cry to sleep. At no time did defendants address plaintiff swelling nose, ribbs pain, abrasion in the eye causing double vision and at no time was plaintiff diagnose base on the symptom that was apparent in which he also predicated. Defendants Price and Kollman would tell Brown they did not want to get involve because he "sue alot of people". Plaintiff was fright out, deprived medical treatment, and any pain medication by defendants, this would cause him excruciating pain and his injuries to worsen. Brown would later meet with nurse Nikue and nurse Trice and Danzell through his cell door, but his cry would be ignored. They would also tell plaintiff "the only way your leaving out of here to see any specialist is by obtaining a court order". Plaintiff sick calls once he got his hand on same would also be ignored. On one occasion Brown could see nurse Trice hand a c/o or prison guard his sick call as she was walking through the door leaving the block. Defendants would also stop checking the sick call box. Plaintiff is claiming although he seen Doctor Kollman and P.A. Price they did not provide him care. At no time did defendants propose any medical treatment or at no time was Brown under any course of treatment by defendants. Brown is claiming defendants deliberate indifference caused him inexplicable pain, "irritation and deform in healing, nasty scars and permanent disability or loss!" For starters Brown is unable to sit and watch T.V without feeling intense sharp pain through his neck and back. The numbness on the left side of Brown's head has yet to go away. Brown is unable to climb stairs without experiencing sciatic and neuralgical pain in his hip, thigh and groin area. Brown is unable to walk fast, lift his leg, bent his knees or even run because of impairment. Brown still has double vision from astigmatism or a mark in the lens of his eye also causing poor sight.

Brown also suffered mental and emotional injuries causing phobia and symptoms of depression. Brown is asserting defendants action caused his cruel and unusual punishment in violating his Eighth Amendment rights. Plaintiff is also claiming his due process was also violated by all defendants in which they intentionally inflicted pain on him by denying reasonable requests for medical treatment, thereby exposing him to undue suffering. Defendant Price, Kollman, Danzell, Trice, Emigh & King was clearly negligence in actions; they had a breach of a legally recognized duty or obligation in which is giving adequate medical treatment to an inmate with serious injuries, they fail to conduct such duty, in which there is a causal connection to Brown suffering damages. Lastly Brown is claiming all this caused him emotional distress and depression. Brown is claiming his injuries or symptoms are very serious and defendants actions was outright "outrageous" in depriving him treatment.

I declare under penalty of perjury that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this \_\_\_\_17\_\_\_\_ day of \_\_\_\_\_18_____, 20 19.

_____
(Signature of Plaintiff)

4

Name Gafter Brown
Number NN6901
1100 Pike Street
Huntingdon, PA 16654-1112

RECEIVED
SCRANTON
JAN 14 2019
PER_____ CLERK

U.S. District Court
235 North Washington Ave
P.O. Box 1148
Scranton, PA 18501-1148

INMATE MAIL
PA DEPARTMENT
OF CORRECTIONS



U.S. POSTAGE >> PITNEY BOWES
ZIP 16652 $ 000.68⁰
02 1W
0001395447 JAN 07 2019

Inmate Mail - PA DEPT OF CORRECTIONS    18501$1143 6099